No. 23-11423-A

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

**UNITED STATES OF AMERICA,**
*Plaintiff/appellee*,

v.

**SUZANNE ELLEN KAYE,**
*Defendant/appellant.*

———————

On Appeal from the United States District Court
for the Southern District of Florida

———————

**MOTION TO EXPEDITE APPEAL
BY APPELLANT SUZANNE KAYE**

———————

MICHAEL CARUSO
  FEDERAL PUBLIC DEFENDER
ANDREW L. ADLER
  ASS'T FEDERAL PUBLIC DEFENDER
Counsel for Appellant
 1 E. Broward Blvd., Suite 1100
 Ft. Lauderdale, FL 33301
 (954) 356-7436

**THIS CASE IS ENTITLED TO PREFERENCE
(CRIMINAL CASE)**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

## United States v. Suzanne Ellen Kaye
## Case No. 23-11423-A

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, as required by 11th Cir. R. 26.1.

Adler, Andrew L.

Berry Scott

Brannon, Hon. David Lee

Brown, Richard O.I.

Caruso, Michael

Cohen, Alix I.

Darsch, Shannon

Dispoto, Mark

Fajardo Orshan, Ariana

Galler, Brandy Brentari

Gonzalez, Juan Antonio

Kaye, Suzanne Ellen

Kirkpatrick, Lynn

Lapointe, Markenzy

Matzkin, Daniel

McCrae, Caroline

Militello, Kristy

Reinhart, Hon. Bruce E.

Rosenberg, Hon. Robin L.

Rubio, Lisa Tobin

Schiller, Gregory

United States of America

Zloch, William T.

## MOTION TO EXPEDITE APPEAL

For making and posting two videos on her social media account, Suzanne Kaye—then a 59-year old epileptic retiree living in Boca Raton, Florida—was charged with making threats against the FBI, in violation of 18 U.S.C. § 875(c). After a three-day trial, a jury convicted her of one count and acquitted her of another. The district court ultimately sentenced her to 18 months in prison. This is her direct criminal appeal.

Pursuant to 11th Cir. R. 27, IOP 3, Ms. Kaye respectfully requests the Court expedite this appeal by assigning it to the next available oral argument calendar. She can show "good cause" for this request.

**1.** Acting *sua sponte*, this Court routinely expedites criminal appeals where the defendant's sentence will expire before the appeal is likely to be resolved. *See* 11th Cir. R. 27-1(c)(13) (authorizing the clerk to expedite briefing in that circumstance); 11th Cir. R. 31-4 (same). Ms. Kaye is currently incarcerated at FMC Carswell, and her projected release date is October 7, 2024. *See* https://www.bop.gov/inmateloc/. It is not unusual for this Court to take over one year to resolve appeals, at least in cases like this one that present difficult and novel constitutional questions of first impression requiring oral argument.

**2.** Ms. Kaye suffers from significant health issues, including a history of seizures. At the conclusion of the trial in this case, she suffered a life-threatening seizure in open court that both the court and parties witnessed. (DE 184:76–77). The PSI recounted this traumatic incident:

> [W]hile in court for the current offense, Mrs. Kaye began to have seizures. She had approximately 4 to 5 seizures with vomiting. She also stopped breathing 4 different times and started to turn blue. She was unresponsive to verbal and physical contact. Fire rescue was called to the scene and arrived after 20 minutes. They administered Ativan and oxygen and then took her to the hospital (Good Samaritan). She had another seizure that was witnessed by fire rescue on the way to the hospital. When she arrived at the hospital, she was hypertensive and tachycardic. Her skin was pale, dusky, gray and blue, and she had difficulty speaking and swallowing.

(PSI at 16 ¶ 41).

Although BOP assured the court at sentencing that it could adequately care for her, she has suffered additional seizures in just over two months in BOP custody. These and other health concerns have been the subject of recent hearings in the district court. (*See* DE 199–208). Ms. Kaye submits that these ongoing health concerns—coupled with her projected release date—constitute "good cause" to expedite this appeal.

**3.** To expedite the appeal, Ms. Kaye requests that the Court assign this appeal to the next available oral argument calendar.

Ms. Kaye is filing this motion at the same time as her reply brief, which is being submitted well in advance of the (non-extended) deadline. Accordingly, this appeal is now fully briefed. As the briefing reflects, this appeal presents difficult and novel questions of first impression about the intersection between political speech and "true threats" under the First Amendment. Ms. Kaye submits this appeal warrants oral argument under any standard. Under these circumstances, then, the appropriate course is to assign this case to the next available oral argument calendar.

**4.** Counsel has conferred with counsel for the government, Assistant U.S. Attorney Alix Cohen, and the government takes the following position in response to this motion: "The government takes no position as to the timing of this Court's resolution of this appeal. As for oral argument, the government maintains that oral argument is not necessary for the reasons stated in the brief. But should this Court deem oral argument necessary, the government does not oppose assigning the case to the next oral argument calendar."

## CONCLUSION

Suzanne Kaye respectfully requests that the Court expedite this appeal and assign it to the next available oral argument calendar.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    */s/ Andrew L. Adler*
    ANDREW L. ADLER
    ASS'T FEDERAL PUBLIC DEFENDER
    Counsel for Appellant
    1 E. Broward Blvd., Suite 1100
    Ft. Lauderdale, FL 33301
    (954) 356-7436

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 652 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). I certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in New Century Schoolbook 14-point font.

*/s/ Andrew L. Adler*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day via CM/ECF on Alix I. Cohen, Assistant U.S. Attorney, 99 N.E. 4th Street, Suite 523, Miami, FL 33132.

/s/ *Andrew L. Adler*